**IT IS ORDERED as set forth below:**

**Date: July 30, 2021**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| CASEY BRAY HOWARD, | ) | NO. 17-59015-SMS |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| | ) | |
| JPMORGAN CHASE BANK, | ) | CONTESTED MATTER PROCEEDING |
| NATIONAL ASSOCIATION C/O | ) | |
| CARRINGTON MORTGAGE | ) | |
| SERVICES, LLC, | ) | CHAPTER 13 |
| | ) | |
| Movant. | ) | |
| | ) | JUDGE: SAGE M SIGLER |
| vs. | ) | |
| | ) | |
| CASEY BRAY HOWARD, | ) | |
| N. WHALEY, Interim Ch. 13 Trustee | ) | |
| | ) | |
| Respondents. | | |

ORDER GRANTING MOTION TO LIFT STAY (DOC NO. 58)

By Order entered January 23, 2020 (Doc. No 47), the Debtor was required to make certain payments to Movant. The Order further provided that if the Debtor failed to make such payments

in a timely fashion, then after ten (10) days' notice, Movant could submit a motion and Affidavit detailing the default to the Court and request the automatic stay be lifted. Movant having submitted a *Motion for Order Lifting Stay* July 20, 2021 (Doc No. 58) with supporting Affidavit in which the Affiant states that the Debtor failed to make payments provided for in the Order; It is

HEREBY ORDERED AND ADJUDGED that the 11 U.S.C. Section 362(a) automatic stay is lifted as to Movant, its successors and assigns, regarding the real property and premises commonly known as 3598 Autumn Leaves Way, Marietta, Georgia 30066-3996, (the "Collateral"); It is

FURTHER ORDERED that Movant, its successors and assigns, is allowed to proceed to assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, and to assert any and all of its respective rights and remedies under applicable law, as to its Collateral; It is

FURTHER ORDERED that the Trustee shall cease funding the balance of Movant's pre-petition arrearage claim and supplemental claim, if any; It is

FURTHER ORDERED that upon the completion of any foreclosure sale, any funds in excess of the amount due to the Movant under its Note and Security Deed, and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that The Trustee shall reduce movant's claim relating to this Collateral to the amount paid. Movant is granted leave to seek allowance of a deficiency claim, if nappropriate.

[END OF DOCUMENT]

ORDER PRESENTED BY:

*/s/ A. Michelle Hart Ippoliti*

A. Michelle Hart Ippoliti
Georgia BAR NO. 334291
McCalla Raymer Leibert Pierce, LLC
Attorney for Creditor
1544 Old Alabama Road
Roswell, GA 30076
678-281-6537

DISTRIBUTION LIST

A. Michelle Hart Ippoliti
Bankruptcy Department
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia  30076-2102

Casey Bray Howard
3598 Autumn Leaves Way
Marietta, GA 30066

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

N. Whaley, Interim Ch. 13 Trustee
Interim Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303